**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RAY B. POMPEY,

    Plaintiff,

-vs-                                                      Case No.  8:06-CV-1767-T-30EAJ

MICHAEL CHRISTOPHER COAD, KEARY
HUNDT, RICHARD ZAYAS, MARIAH B.
PIPER, and JOHN R. MURNAN II,

    Defendants.
_____/

## ORDER

Plaintiff, a State of Florida inmate proceeding *pro se*, has filed a civil rights complaint asserting that on April 29, 2005, Defendant Michael Christopher Coad physically assaulted him at a Days Inn Motel located in St. Petersburg, Florida. In his complaint, Plaintiff states that this claim has been brought before the district court previously.

The Court has reviewed its files and determined that the claims Plaintiff asserts herein were previously asserted against the Defendants in Case No. 8:06-CV-1542-T-17EAJ, without a substantial change in the issues.  That case was dismissed on August 28, 2006, for failure to exhaust administrative remedies under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., *see id.*, Dkt. 3.

Local Rule 1.04(a) (M.D. Fla. 2006)  provides, in pertinent part, as follows:

> Whenever a case, once docketed and assigned, is terminated by any means and is thereafter refiled without substantial change in issues or parties, it shall be assigned, or reassigned if need be, to the judge to whom the original case was assigned.

The Court takes judicial notice of information available at the Florida Department of Corrections Offender Information Network, viewed October 9, 2006, confirming that Plaintiff is currently incarcerated at the Apalachee Correctional Institution serving four 15-year sentences imposed following his convictions for robbery in the Thirteenth Judicial Circuit Court, Hillsborough County, Florida. *See* Fed. R. Evid. 201. Plaintiff has not otherwise alleged that he is in imminent danger of serious physical injury or that his rights will be prejudiced by the brief delay occasioned by the reassignment of this case.

ACCORDINGLY, with her consent, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Elizabeth A. Kovachevich pursuant to Local Rule 1.04(a) (M.D. Fla. 2006).

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*Pro Se* Plaintiff
SA/jsh
SA/sm